# EXHIBIT A

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,700,061**

**Registered Mar. 19, 2019**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Hastens Sangar AB  (SWEDEN CORPORATION)
Box 130
731 23 Koping, SWEDEN

CLASS 20: beds; mattresses sold as a component of beds; spring mattresses sold as a component of beds

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of a three-dimensional configuration of a bed having applied to it a repeating pattern of four adjoining squares, one in the color white and the other three in various shades of blue. The broken lines depicting the shape, top, and bottom of the mattress, the legs of the platform, and the supports on the corners indicate placement of the mark on the goods and are not part of the mark.

OWNER OF U.S. REG. NO. 3813053

SEC.2(F)

SER. NO. 86-585,217, FILED 04-02-2015

*Andrei Iancu*

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,072,195**

**Registered Jun. 09, 2020**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Hästens Sängar AB (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 24: Textile products, namely, canopies and bedroom curtains

FIRST USE 12-00-2019; IN COMMERCE 12-00-2019

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of a repeating pattern of four adjoining squares, one in the color white and three in different shades of the color blue, applied to all or a portion of the surface of the identified goods. The dotted lines are intended to show the position of the pattern and are not part of the mark.

SEC.2(F)

SER. NO. 87-980,942, FILED 12-22-2016



Director of the United States
Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office



**Reg. No. 6,072,194**

**Registered Jun. 09, 2020**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 24: Textile products, namely, canopies and bedroom curtains

FIRST USE 12-00-2019; IN COMMERCE 12-00-2019

Color is not claimed as a feature of the mark.

The mark consists of a repeating pattern of four adjoining squares applied to all or a portion of the surface of the identified goods. The dotted lines are intended to show the position of the pattern and are not part of the mark.

SEC.2(F)

SER. NO. 87-980,941, FILED 12-22-2016



Andrei Iancu

Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,064,837**  
**Registered May 26, 2020**  
**Int. Cl.: 25**  
**Trademark**  
**Principal Register**

Hästens Sängar AB (SWEDEN CORPORATION)  
Box 130  
Koping, SWEDEN 73123

CLASS 25: Clothes, namely, nightgowns, bathrobes; Headgear, namely, night caps, sleep masks

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

Color is not claimed as a feature of the mark.

The mark consists of a square composed of four smaller squares in varying shades.

SEC.2(F)

SER. NO. 87-981,039, FILED 12-22-2016



Director of the United States  
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,950,959** | Hästens Sängar AB  (SWEDEN CORPORATION)<br>Box 130<br>Koping, SWEDEN 73123 |
| **Registered Dec. 31, 2019** | |
| **Int. Cl.: 25** | CLASS 25: Clothes, namely, nightgowns, bathrobes; Headgear, namely, night caps, sleep masks |
| **Trademark** | FIRST USE 1-00-2016; IN COMMERCE 1-00-2016 |
| **Principal Register** | The color(s) blue and white is/are claimed as a feature of the mark. |

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWEDEN APPLICATION NO. 2016/04557, FILED 06-28-2016, REG. NO. 534547, DATED 09-20-2016, EXPIRES 09-20-2026

The mark consists of a square composed of four smaller squares, one in the color white and three in different shades of the color blue.

SEC.2(F)

SER. NO. 87-980,943, FILED 12-22-2016



*[signature]*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,970,179**

**Registered Jan. 28, 2020**

**Int. Cl.: 20, 24, 25**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 20: Furniture; Mattresses; Pillows; Beds

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

CLASS 24: Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, plaids, towels, quilts, blankets and throws; down quilts

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

CLASS 25: Clothes, namely, pajamas, nightgowns, bathrobes; Footwear, namely, slippers, down socks; Headgear, namely, night caps, sleep masks

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

The mark consists of a repeating pattern of four adjoining squares applied to all or a portion of the goods or their packaging.

SEC.2(F)

SER. NO. 87-980,480, FILED 12-22-2016



Director of the United States
Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,970,178** | Hästens Sängar AB  (SWEDEN CORPORATION)<br>Box 130<br>Koping, SWEDEN 73123 |
| **Registered Jan. 28, 2020** | |
| **Int. Cl.: 20, 24, 25** | CLASS 20: Furniture; Mattresses; Pillows; Beds |
| **Trademark** | FIRST USE 6-1-2001; IN COMMERCE 6-1-2001 |
| **Principal Register** | CLASS 24: Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, plaids, towels, quilts, blankets and throws; down quilts |

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

CLASS 25: Clothes, namely, pajamas, nightgowns, bathrobes; Footwear, namely, slippers, down socks; Headgear, namely, night caps, sleep masks

FIRST USE 6-1-2001; IN COMMERCE 6-1-2001

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of a repeating pattern of 4 adjoining squares, one in the color white and three in different shades of the color blue applied to all or a portion of the surface of the goods or their packaging.

SEC.2(F)

SER. NO. 87-980,479, FILED 12-22-2016



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,947,305**

**Registered Dec. 31, 2019**

**Int. Cl.: 20, 24, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 20: Furniture; Mattresses; Pillows; Beds

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 24: Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets and throws; down quilts

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 25: Clothes, namely, pajamas; Footwear, namely, slippers, down socks

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 35: Marketing services; retail store services and providing consumer product information featuring beds, bed steads, bed frames, bedroom furniture, mattresses, spring mattresses, overlay mattresses, pillows, down pillows, bed linen, sheets, bed sets, pillow cases, duvet covers, bed covers, bedspreads, mattress covers, bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets, throws, down quilts, pajamas, nightgowns, bathrobes, slippers and down socks, nightcaps, sleep masks and soft toys

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

Color is not claimed as a feature of the mark.

The mark consists of a square composed of four smaller squares in varying shades.

SEC.2(F)

SER. NO. 87-981,392, FILED 12-22-2016



Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,877,018**
**Registered Oct. 08, 2019**
**Int. Cl.: 20, 24, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

Hästens Sängar AB  (SWEDEN CORPORATION)
Box 130
Koping, SWEDEN 73123

CLASS 20: Furniture; Mattresses; Pillows; Beds

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 24: Textile products, namely, bed linen, sheets, bed sets, pillow cases, duvet covers; bed covers; bedspreads; mattress covers; bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets and throws; down quilts

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 25: Clothes, namely, pajamas; Footwear, namely, slippers, down socks

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

CLASS 35: Marketing services; retail store services and providing consumer product information featuring beds, bed steads, bed frames, bedroom furniture, mattresses, spring mattresses, overlay mattresses, pillows, down pillows, bed linen, sheets, bed sets, pillow cases, duvet covers, bed covers, bedspreads, mattress covers, bed valances, bed skirts, canopies, bedroom curtains, plaids, towels, quilts, blankets, throws, down quilts, pajamas, nightgowns, bathrobes, slippers and down socks, nightcaps, sleep masks and soft toys

FIRST USE 1-00-2016; IN COMMERCE 1-00-2016

The color(s) blue and white is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWEDEN APPLICATION NO. 2016/04557, FILED 06-28-2016, REG. NO. 534547, DATED 09-20-2016, EXPIRES 09-20-2026

The mark consists of a square composed of four smaller squares, one in the color white and three in different shades of the color blue.

SEC.2(F)

SER. NO. 87-278,761, FILED 12-22-2016



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,813,053**  HASTENS SANGAR AB (SWEDEN CORPORATION)
**Registered July 6, 2010**  BOX 130
KOPING, SWEDEN 731-23

**Int. Cls.: 20 and 24**  FOR: FURNITURE, INCLUDING BEDS, BEDSTEADS AND BEDROOM FURNITURE; MIRRORS INCLUDING BATHROOM MIRRORS; PICTURE FRAMES; MATTRESSES, SPRING MATTRESSES, PILLOWS AND DOWN PILLOWS , IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

**TRADEMARK**

**PRINCIPAL REGISTER**  FOR: WOVEN TEXTILES, NAMELY, SHEETS, TOWELS, BED BLANKETS; TEXTILE PRODUCTS NOT INCLUDED IN OTHER CLASSES, NAMELY, BED SPREADS AND CURTAINS OF TEXTILE; BED LINEN, BED CLOTHES INCLUDING BLANKETS AND PILLOW CASES; DOWN QUILTS, IN CLASS 24 (U.S. CLS. 42 AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO. 005207774, DATED 6-13-2007, EXPIRES 6-30-2016.

THE COLOR(S) BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

OWNER OF U.S. REG. NO. 2,648,250.

THE MARK CONSISTS OF A REPEATING PATTERN OF FOUR ADJOINING SQUARES, ONE IN THE COLOR WHITE AND THREE IN DIFFERENT SHADES OF THE COLOR BLUE.

SER. NO. 77-765,085, FILED 6-22-2009.

RUDY R. SINGLETON, EXAMINING ATTORNEY

David J. Kappos
Director of the United States Patent and Trademark Office

Int. Cls.: **20 and 24**

Prior U.S. Cls.: **2, 13, 22, 25, 32, 42 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,648,250**
Registered Nov. 12, 2002

## TRADEMARK
### PRINCIPAL REGISTER



HASTENS SANGAR AB (SWEDEN CORPORATION)
P.O. BOX 130
S-731 23 KOPING, SWEDEN

FOR: FURNITURE, NAMELY BEDS, BEDSTEADS AND BEDROOM FURNITURE; MIRRORS, BEDROOM MIRRORS, PICTURE FRAMES; BEDDING, NAMELY, MATTRESSES, SPRING MATTRESSES, PILLOWS AND DOWN PILLOWS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: TEXTILE PRODUCTS NOT INCLUDED IN OTHER CLASSES, NAMELY BED COVERS AND CURTAINS OF TEXTILE; BED LINEN, NAMELY, SHEETS AND PILLOW CASES; DOWN QUILTS, BED BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWEDEN APPLICATION NO. 00-03567, FILED 5-5-2000, REG. NO. 350094, DATED 11-16-2001, EXPIRES 11-16-2011.

THE STIPPLING IN THE DRAWING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SER. NO. 76-153,635, FILED 10-25-2000.

DAVID ELTON, EXAMINING ATTORNEY