# EXHIBIT C



## Because you give your dreams the love you deserve.

Experience now the drēmar® bed
at your nearest Hästens store.

**Discover more ›**



**HÄSTENS TRANSFORMING IN-STORE CUSTOMER EXPERIENCE**

Hästens leverages iPhone and Apple technology to transform in-store customer experience



**LISTEN, RELAX AND RESTORE FOR A BETTER LIFE**

Special sounds and music carefully and scientifically designed to calm and relax when you need to sleep, or recharge your energy to meet the new day's demands.



**WORLD'S MOST EXCLUSIVE BED COLLECTION**

Hästens has teamed up with world renowned master designer Ferris Rafauli to launch an exclusive collaboration

Read more ›

Read more ›

Discover more ›

# BEDS

Read more ›



BE AWAKE FOR THE FIRST TIME IN YOUR LIFE®

## ACCESSORIES

Read more ›



## DESIGNERS

Read more ›





## HERITAGE

Read more ›



## SLEEP

Read more ›



## HÄSTENS CATALOG

Discover a more awake version of yourself – for generations, we have been refining our work to help provide the most restful sleep. Read all about it in the Hästens catalog. Click here to receive your free copy.

Request a catalog



## YOUR SPINE NEEDS YOU TO KNOW

Read more ›

06/17/2022   https://www.hastens.com/us/



# STORE LOCATOR

Find your nearest store ›

Sign up for news   [Enter your email address]   Sign up

## We sleep. Do You?®

ABOUT HÄSTENS

Bed Fabrics

Natural Materials

Careers

Privacy Policy

Cookie Settings

CUSTOMER SUPPORT

FAQ

Contact Us

Terms & Conditions

Book a Bed Test

Request a Catalog

BUSINESS

New Business Development

Interior Design
Collaborations

FOLLOW US

United States

Copyright © 2022 Hästens Ltd. All rights reserved.











HÄSTENS
## HERLEWING®
Three spring systems to take you to a higher dimension of relaxation.



SHOW MORE
ABOUT THE BED

HÄSTENS
## EALA®
The bed that unites sturdiness with fluffiness.



SHOW MORE
ABOUT THE BED

HÄSTENS
## MARANGA®
The epitome of cloud-like comfort.



SHOW MORE
ABOUT THE BED

HÄSTENS
## SUPERIA®
The best frame bed we have ever built.



SHOW MORE
ABOUT THE BED

HÄSTENS
## EXCEL®
Strong and silent. An energy-boosting sanctuary.



SHOW MORE
ABOUT THE BED

HÄSTENS
## ADJUSTABLE®
A most accommodating bed.



SHOW MORE
ABOUT THE BED





## IN THE STARRING ROLE:

Springy horsetail hair, cushioning flax, slow-growing pine, superior wool and long-fibre cotton. Only the finest natural materials feature in Hästens handmade beds.

Discover our natural materials ›



# We sleep. Do You?®

**ABOUT HÄSTENS**

Bed Fabrics

Natural Materials

Careers

Privacy Policy

Cookie Settings

**CUSTOMER SUPPORT**

FAQ

Contact Us

Terms & Conditions

Book a Bed Test

Request a Catalog

**BUSINESS**

New Business Development

Interior Design Collaborations

**FOLLOW US**

🌐 United States

Copyright © 2022 Hästens Ltd. All rights reserved.

06/17/2022    https://www.hastens.com/us/accessories

**Hästens**
since 1852

Beds    Accessories    Designers    Heritage    Sleep    Store Locator

ACCESSORIES

Browse all categories ⌄



HÄSTENS

## SATIN PURE COLLECTION

Our top selling bed linen
now available in 28 vibrant colors

**View now ›**

# HÄSTENS ACCESSORIES

Hästens accessories include, headboards and covers, bed legs, bed skirts, bed linen, down pillows and quilts, mattress protectors, pajamas and down boots and a stunning children's collection. All made from natural materials.





### Hästens Original Check

Hästens Original Check, with our classic check pattern, is woven in cool, beautiful and durable 100% combed cotton percale. The fabric is designed to create the perfect balance between pliability and airiness. The collection is available in a select number of timeless colorways.

**View Collection**

### Iris Collection
by LARS NILSSON

Created by Swedish designer Lars Nilsson, this exclusive Hästens collection is both elegant and effortless. Inspired by English gardens blooming with iris flowers, each design is hand-drawn in free-flowing pencil, watercolor, gouache and crayon.

**View Collection**



PERSONAL ACCESSORIES

PILLOWS & DOWN QUILTS

BED LINEN

BED LEGS

HEADBOARDS & COVERS

MATTRESS PROTECTORS

CHILDREN'S COLLECTION

BED SKIRTS

06/17/2022    https://www.hastens.com/us/accessories



BOOK A BED TEST

# WELCOME TO EXPERIENCE THE DIFFERENCE IN YOUR NEAREST STORE

Country *
United States

Store *
Boston Luxury Beds - Boston, 221 Newbury St, Uni...

**Next**

**TIME NEEDED**

20-40 min. We suggest the later, so that you have plenty of time to get a feel for the beds.

**PARTICIPANTS**

If you have a partner, we suggest you bring them along - you might have different needs from your shared bed.

One of our bed experts will assist you.

**LOCATION**

Your nearest Hästens store or reseller.

# STORE LOCATOR

Find your nearest store ›

Sign up for news     Enter your email address     **Sign up**

## We sleep. Do You?®

06/17/2022   https://www.hastens.com/us/accessories

| ABOUT HÄSTENS | CUSTOMER SUPPORT | BUSINESS | FOLLOW US |
|---|---|---|---|
| Bed Fabrics | FAQ | New Business Development | |
| Natural Materials | Contact Us | Interior Design Collaborations | |
| Careers | Terms & Conditions | | |
| Privacy Policy | Book a Bed Test | | |
| Cookie Settings | Request a Catalog | | |

United States

Copyright © 2022 Hästens Ltd. All rights reserved.

06/17/2022    https://www.hastens.com/us/designers

  

Beds    Accessories    Designers    Heritage    Sleep    Store Locator

# AT HÄSTENS, FINISHING A BED IS JUST THE BEGINNING

A masterpiece is not the end; it's a new beginning. The precise moment we finish building one of our beds is the point of departure for our next. Not to mention a platform to promote the experience and creative talents of those around us.

We do this because we want to be challenged. If there is one thing that has elevated Hästens to world-class quality in our 167 years of making beds, it is our insatiable appetite for new ideas, new knowledge and new techniques.

You could say challenging convention is part of our DNA. Just as our blue-check pattern once shocked the traditional interior design industry, it still stirs up feelings 41 years on. That is why we embrace new thinking and interpretations from the leading designers of today – especially masters of craft outside the realm of bed making.

The latest image of timeless creation. Whenever we enter a new design collaboration, that is what we seek. Call us curious, but we believe working with other design disciplines is the secret to inspiring the most surprising creations.

What happens when an architect gets his hands on one of our bed models? What will we learn from the world of haute couture? How would an interior designer, inspired by cultures from all corners of the world, make our beds even cozier?

Legendary results are not created by sitting on sofas. They come about through daily creative collaboration.



HÄSTENS
**BEING COLLECTION**
by **ILSE CRAWFORD**

Read more ›





HÄSTENS
**DESIGN**
by **BERNADOTTE & KYLB**

Read more ›







HÄSTENS
**IRIS COLLECTION**
by **LARS NILSSON**

Read more ›



# STORE LOCATOR

Find your nearest store ›

Sign up for news    Enter your email address    Sign up

# We sleep. Do You?®

**ABOUT HÄSTENS**

Bed Fabrics

Natural Materials

Careers

Privacy Policy

Cookie Settings

**CUSTOMER SUPPORT**

FAQ

Contact Us

Terms & Conditions

Book a Bed Test

Request a Catalog

**BUSINESS**

New Business Development

Interior Design
Collaborations

**FOLLOW US**

United States

Copyright © 2022 Hästens Ltd. All rights reserved.

    Beds    Accessories    Designers    Heritage    Sleep    Store Locator    

# HÄSTENS THROUGH THE CENTURIES



Six generations of master craftsmen have lead Hästens to where it is now—a family company still driven by the virtues of sleep and humble pride over its craft. Each generation has played its part in shaping Hästens, overcoming challenges on the way. Here's a condensed history of Hästens, call it bedtime reading if you will.

**THE FIRST GENERATION**



PEHR ADOLF JANSON

Christmas 1839 was dismal for nine-year old Pehr Adolf and his six siblings in the family's little house outside of Örebro. Their father Johan Janson, had just told the

**"I WANT YOU TO BE BETTER THAN ME. TO LEARN AND MASTER A PROFESSION OF YOUR CHOOSING THAT WILL LET YOU GIVE PEOPLE SOMETHING THEY NEED. AND BY DOING SO, ALWAYS BE ABLE TO LOOK AFTER THE ONES YOU LOVE."**

Pehr Adolf becomes a young man with great ambitions, determined to become a master saddler. The decision will not only change his own life, but that of his children and future generations. At the age of 18 Pehr Adolf becomes a saddle maker's apprentice, crafting exceptional saddles and harnessing in Swedish leather.

Four years later, on March 22, 1852, he is awarded his certificate as a Master Saddler by the King of Sweden. Alongside saddles and harnesses, the saddler's tasks include making the finest horse-tail hair mattresses and leather goods. The most skilled craftsmen knew how to make these with utmost precision, but also with great speed—in a passionate spirit of excellence.

children that their mother had passed away, exhausted by the harsh conditions of the time. During the 1800s, poverty reigns in Sweden and a third of the population emigrates to the United States in hopes of a better life. The father of Pehr Adolf stays in Sweden and, as the children grow up, he recites the significance of possessing expertise both as a skilled craftsman and merchant:

With great pride, Pehr Adolf is fulfilling his dreams and those of his father. He soon marries the love of his life Elisabeth Charlotta Carolina Almblad. Eventually the couple moves to the small community Hed outside the town of Köping (pronounced "Sherping") with their three children, Adolf Fredrik, Ida Elisabeth and Per Thure. Both sons follow in their father's footsteps and become saddlers. Adolf Fredrik later leaves saddlery and becomes a politician; one well ahead of his time, campaigning actively and passionately for gender equality.

### THE SECOND GENERATION

Per Thure ensures that the family's master traditions continue to live on into the late 1800's and, in 1885, takes over the saddlery business. By then the family had come a long way by following the sound advice to have each generation become better than the one preceding it and therefore provide for those it cherishes.
Raised the same way as his father, he too is quick to adapt to changing times, choosing wisely to focus on horsehair mattresses, seats and cushions when the First World War brings Sweden's first automobiles.



PER THURE JANSON

### THE THIRD GENERATION



Three years after deciding to concentrate exclusively on beds, and having started its own horsehair spinning mill, Hästens bought 20 tons of horsehair to meet production demands. The master saddlers were obsessed with quality in the pursuit of creating the best possible products, the Spirit of Excellence driving them to see beyond existing conditions and set their own standards. They travelled the world to source the finest materials, including to Egypt where the highest-quality horsehair is found. From that moment onwards, horsetail hair from resplendent Arabian horses was transported to Köping and washed and rinsed in the fresh, clean river that runs by the factory.

Soon the hamlet of Hed became too small for the expanding family business and in 1924 Janson considered moving the company to Stockholm. There

DAVID STEFANUS JANSON

Per Thure and his son David Janson take the master saddler tradition further by growing the manufacturing of saddles and harnesses while expanding the family business into making more and more beds. With the emergence of the automobile, Janson predicts the changes to come within transportation and in 1917 decides to concentrate wholeheartedly on the beds. On midsummer's eve, the first Hästens logo is drawn by Janson's artistic cousin Paul Janson.

A horse is incorporated into the company name as a tribute to the master saddler heritage and has since become a defining symbol of Hästens identity. The same year a shortage of superior materials suddenly occurs. Genuine horse-tail hair, which had always been the main padding material in a bed, is difficult to find in the quality and quantities needed to meet the demand for superior handmade beds. In order to obtain the quality required, the horsehair needs to be carefully selected, washed, boiled, spun, scorched and thoroughly cleaned to bring out the right filling properties. Janson and his father solve the challenges by starting their own mill for horsehair processing; thus ensuring Hästens' quality remained high.

David Janson recalls: "My father was an old-fashioned craftsman—the words quality and craftsmanship were almost sacred. This attitude was imprinted in the minds of not only myself but also those who worked for the company. We will make the kind of product that earns your respect. That is the guideline we have always adhered to. "At the time, conditions for a master saddler were far from perfect and the future promised no improvement. Quite the contrary, in fact. But we wondered how to expand the narrow framework within which we worked, whether to change from small-scale craftsmanship to a modest small industry. Back then, it was my father, some craftsmen and I. "To progress, we had to break through the restricting limits posed by pure craftsmanship, and turn to more industrial methods. This led us to think about complementing our operations with a horsehair spinning mill. "Maybe we had what some describe as 'that little spark' within us, as we started our horsehair spinning mill. The year for our expansion was 1917, and I was 25 years old at the time. Naturally, it was a frantic time to begin a venture such as this, with the World War, the lack of raw materials and the immense difficulty obtaining suitable machinery. The circumstances didn't get any better when my father became ill not long afterwards. The situation looked miserable, but people from Västmanland, our region of Sweden, are known for being tough and stubborn. It was probably sheer pride that kept us from giving up!"

were more customers in the capital and Hästens sales were already brisk at the Nordiska Kompaniet department store in the city centre. A factory site was sought in Sundbyberg, close to Stockholm, but a blossoming romance soon changed the plans and took Hästens to the town of Köping instead. It was a Köping native, Astrid, who had captured David Janson's heart and the following year the couple's first child, Solveig was born. The town has served as Hästens' headquarters ever since.

In 1926, the company started making duvets and pillows using the finest down and feathers available to complement its bed-making business.

In the 1930s the family detected a significant change in the sleeping culture. Where many people had previously made up a sofa for the night to serve as their bed, many were increasingly furnishing separate bedrooms and investing in proper beds. On January 13, 1935, the Hästens logo was registered as a trademark in Sweden. The trademark remains in force to this day.

Having outgrown its premises in the mid-1940s, Hästens began planning for further expansion. Not only did Janson want to expand, he wanted to create a new dream factory. Towards the end of the decade he came into contact with Ralph Erskine; at that time a little-known architect. Erskine's style appealed to Janson, who commissioned him to design the new factory. The outcome was a building that looked nothing like conventional factory buildings. Initially referred to as 'The Tivoli', the unique design, with elegant lines and airy arched forms, gained iconic status among architects in Sweden.

As a promise of quality and durability, Janson introduced a 25-year warranty on all beds. The intention was to produce beds that were equally (or more) comfortable after 25 years as on their first night.

When Hästens celebrated its centenary as bed manufacturer in 1952, King Gustaf VI Adolf appointed it as Royal Purveyor, visiting the factory in Köping the following year in a formal acknowledgement of the company's high-quality products. The same year, the Swedish America Line purchased Hästens beds for its M/S Gripsholm cruise liner. The reputation of Hästens superior quality began to spread.

### THE FOURTH GENERATION

David Janson's daughter, Solveig, served as a financial manager for many years during the mid-1900s and in 1963 assumed operational responsibility alongside her husband, Jack Ryde, and with the support of her younger sisters Ethel and Yvonne. The business steadily expanded in several directions to embrace furniture, seat and back cushion manufacture.

Jack Ryde, an arts and design enthusiast, was keen to devise a distinct high-quality pattern to represent the brand. In 1978, he designed the Hästens Blue Check, introducing it at a furniture trade show in Sweden. The eye-catching design immediately ran into criticism from the Swedish press. The fresh blue-and-white-checkered pattern standing at odds with the 1970s fashion of brown, greens and orange; totally different from anything ever seen on a bed before. History, however, has judged the choice a wise one. Jack Ryde challenged, and consequently altered, the status quo and the traditional look and function of beds.



SOLVEIG RYDE & JACK RYDE

### THE FIFTH GENERATION



JAN RYDE

In 1988, ten years after the introduction of the Blue Check, Jan Ryde takes over the company reins. Just like his grandfather, Jan Ryde's Hästens' journey is one shaped in part by a love story, when he meets the most beautiful girl he has ever seen: Anne-Lie from Köping. Having set his mind on a career at the Technical University in Linköping, where he taught students in industrial economics and was a candidate for doctorate, he decided to leave the university life behind and move back home to manage operations of Hästens and start a family.

Today, one of their four young sons has already entered the family business. Under Ryde's leadership, the company sharpened its focus on the core business and global demand for the all-natural, checkered beds increased dramatically.

In 1995, King Carl XVI Gustaf appointed Hästens as Royal Purveyor for a second time.

Demand for Hästens beds continued to increase and in 1998 it is decided to extend the factory as Hästens continues to expand. And, 50 years after having designed the first dream factory at the beginning of his career, the now well-renowned architect Ralph Erskine returned to design the further extensions of the factory building.

Jan proudly carries the master traditions into the 21st century and today, the small family-owned company has expanded its markets to comprise 45 countries in Europe, Asia and America. The beds are still handcrafted with the same natural materials and the same spirit of excellence as when Pehr Adolf made his first beds 170 years ago.



## OUR JOURNEY OF PASSION

From humble, honest beginnings, Hästens has grown into one of the world's most prestigious brands. Yet ours is a story bound by one thing. Love.



*Hästens has had the honor and privilege of serving as an official supplier to the Swedish Royal Court for three generations.*

Almost one hundred years to the day of its conception, Hästens was appointed Purveyor to H.M. the King of Sweden in 1952 by King Gustaf VI Adolf and we have been delivering products to the Royal Court ever since.

The requirements for being appointed are rigid and the warrant must be renewed if there is a new king. The title Royal Purveyor stands as a hallmark of Swedish quality and top-class Scandinavian design, a badge we are proud and honored to wear.





## STORE LOCATOR

Find your nearest store ›

Sign up for news    Enter your email address    **Sign up**

## We sleep. Do You?®

ABOUT HÄSTENS

Bed Fabrics

Natural Materials

Careers

CUSTOMER SUPPORT

FAQ

Contact Us

Terms & Conditions

BUSINESS

New Business Development

Interior Design
Collaborations

FOLLOW US

Privacy Policy                    Book a Bed Test

Cookie Settings                   Request a Catalog

United States

Copyright © 2022 Hästens Ltd. All rights reserved.

06/17/2022  https://www.hastens.com/us/sleep



# Hästens
*since 1852*

Beds    Accessories    Designers    Heritage    Sleep    Store Locator

# SLEEP BETTER LIVE BETTER

While we sleep miracles happen.
Body and mind work harmoniously so that we can live a better life.
All you have to do is sleep.

We make beds, yes, but Hästens has always been driven by a passion for sleep and the benefits it brings to body and soul. It's sleep that makes the difference to life, a natural process that cannot be replicated, bought over a counter or swallowed in a pill. You cannot cheat your way to perfect sleep but there are things that you can do to understand why it's important and ensure you give yourself the best chance of a great night's sleep.



## ARCHITECTURE OF SLEEP

IS OUR FILMIC JOURNEY INTO THE SLEEP EXPERIENCE

**Good sleep, like good architecture, enriches and supports everyday life on a multitude of levels.**

Today, everyone talks about the 'eight hours' of nightly sleep. But the reality is that our body's requirements varies from day to day, and we automatically adjust to get the most benefits in the early cycles. Enjoy our short film, The Architecture of Sleep to discover what happens to our body and mind while we sleep.

## WHAT HAPPENS WHEN WE DON'T SLEEP?

Professor Torbjörn Åkerstedt PhD on why we need to sleep, what happens to us when we don't and whether we should pay attention to the 8 hours of sleep myth.





### DISCOVER WHY THE RIGHT BED BENEFITS YOUR ENTIRE BODY.

Your body may be sleeping, but your bed remains wide awake - performing vital tasks, aimed to increase your well-being during your awake time. We made 10 short films about why we construct our premium-quality beds the way we do and how they build the foundation for a high-quality life. Have a look!

1. THE RIGHT BED STRAIGTHENS YOUR SPINE

2. WHY YOUR WEIGHT DOESN'T MATTER IN A HÄSTENS

3. HOW RELAXING IN BED RELAXES YOUR MIND

4. GOOD POSTURE AT NIGHT GOOD POSTURE AT DAYTIME

06/17/2022   https://www.hastens.com/us/sleep



# 10 STEPS TO SLEEP BETTER

**We are living in challenging times and you may think that with the hectic pace of modern-day life, sleep might feel like a luxury you can't afford. However, from a medical perspective, it's absolutely essential to get good sleep if you want to keep your immune system strong and keep your body and brain healthy.**

Yes, lack of sleep can ruin your health, cause weight gain, weaken your immune system, and produce chronic stress. However, sleep is what most of us look forward to at the end of a long or busy day. Unfortunately, many of us are not getting enough. Scientists are beginning to understand its major impact on our health as well as the destiny of our brains. So, how does sleep affect our brains?

Sleep may play a unique role in the development of many cognitive decline diseases. The quality of your daily sleep may in fact increase or decrease your risk for those diseases. Yes, we now know that quality sleep is fundamentally important for a healthy immune system. Sleep appears to determine your hunger, your metabolic rate, your weight, your immune system and believe it or not, the way you think, your choices, and even your emotional state. This means that sleep influences many aspects of our brain function.

Let's discover our favorite 10 steps to sleep better.

**STEP 1: ALLOW YOURSELF AT LEAST 7 TO 9 HOURS OF SLEEP**

Like nature's clock, having a consistent bedtime and wake-up time, even on the weekends, is one of the most important steps to enjoying a perfect night of sleep. This step is vital because it helps set the perfect rhythm of your body's circadian cycle. When you wake up and open your eyes, the light that is coming in resets the circadian cycle every single morning. As you do this consistently, you are programming your brain to know what do and when to do it every single day. Decide to stick to one sleep schedule seven days a week, and you'll be well on your way to improve the way you sleep.

**STEP 2: AVOID ALCOHOL WITHIN 3 HOURS OF YOUR BEDTIME**

It may not be an issue to enjoy an occasional alcoholic beverage in the evening. However, if you want to try that glass of wine or beer too close to bedtime could affect the quality of sleep, because your body is still digesting alcohol when you lie down. Ideally, give yourself about 3 hours between your last drink and lights out, so that the alcohol can be digested properly. This will limit any negative effects on your sleep.

**STEP 3: AVOID CAFFEINE BY 2:00 PM**

You might feel the need to reach for the pot of coffee when the afternoon slump hits around 2:30 PM but following that practice could impact the quality of your sleep. Remember, the effects of caffeine lasts 6 to 8 hours, so stopping caffeine by 2:00 PM is important if you're planning a bedtime that's around 10:00 P.M or earlier. Did you know that an 8 oz cup of coffee has around 100 mg of caffeine? So, having a cup of coffee at 4:00 PM means you still have 50 mg of caffeine in your system at 10:00 PM!

**STEP 4: GET SUNLIGHT AND HYDRATE IN THE MORNING**

Sunlight stops the release of melatonin in your brain. Melatonin is the natural hormone that regulates sleep. Sunlight helps the brain and body to wake up setting the pace of your circadian cycle. Within the first 30 minutes after you wake up, drink at least one glass of cool (never cold) water to hydrate your system. Walk outside or open a window to get some direct sunlight.

**STEP 5: EXERCISE REGULARLY**

**STEP 6: COOL YOUR ROOM TO BETWEEN 18C AND 22C AT NIGHT**

Your sleep cycle follows your body temperature cycle. In the evening, your temperature falls. This drop is a signal to your brain that it is time to sleep. Sleeping in a cooler environment encourages this process, helping you get to sleep quicker and easier.

**STEP 7: AVOID BLUE LIGHT AT NIGHTTIME**

Blue light emitted by electronic devices like cell phones, TVs, and computers blocks your brain's production of the hormone melatonin. Too much exposure to blue light around bedtime will disrupt you sleep. If you can't avoid screens late at night, use blue light blocking glasses for 2 to 3 hours before you go to sleep.

**STEP 8: PRACTICE MEDITATION BEFORE BEDTIME**

Practicing meditation before bedtime is one of the best practices to getting your mind and body relaxed and ready for sleep. If you have never tried meditation before, we, at Hästens, have plenty of resources available in the RESTORE App. Breathing meditation, progressive muscle relaxation and guided meditation soundtracks in the RESTORE App are great choices that many people are using today.

**STEP 9: GET TESTED FOR SLEEP APNEA**

Sleep apnea is a fairly common sleep disturbance, and roughly 70% of people with sleep apnea go undiagnosed. When it comes to getting all the benefits that sleep has to offer, it's not just about how many hours you spend asleep, but what's happening during those hours. If you are not waking up feeling rested, consider looking into a sleep study to see if sleep apnea is an issue for you.

**STEP 10: ASK YOUR DOCTOR ABOUT SUPPLEMENTS FOR SLEEP**

There are a number of supplements that could help you improve the way you sleep throughout the night. Consider talking to your healthcare provider about the various nutritional supplements that may help you with sleep. As an example, some people may benefit from magnesium and melatonin.

Getting exercise during the day will help strengthen your circadian cycle, promote daytime alertness, and even help you feel sleepy when it's time to turn out the lights. However, avoid intense physical activity before bedtime, because intense physical activity can raise your body temperature and disrupt sleep. When possible, give you time to relax before bed.



## STORE LOCATOR

Find your nearest store ›



Sign up for news    Enter your email address    Sign up

## We sleep. Do You?®

ABOUT HÄSTENS

Bed Fabrics

Natural Materials

Careers

Privacy Policy

Cookie Settings

CUSTOMER SUPPORT

FAQ

Contact Us

Terms & Conditions

Book a Bed Test

Request a Catalog

BUSINESS

New Business Development

Interior Design Collaborations

FOLLOW US

United States

Copyright © 2022 Hästens Ltd. All rights reserved.

06/17/2022   https://www.hastens.com/us/bed-fabrics

**Hästens** 
*since 1852*

Beds   Accessories   Designers   Heritage   Sleep   Store Locator

# BED FABRICS



### HÄSTENS COLOR CATEGORY A:
### ORIGINAL FABRICS

100% cotton jaquard.
Applicable for Hästens beds, top mattresses, headboards, headboard slip covers, bed skirts.

**Colors**







Blue Check
#CB001

Silver Beige Check
#CB011

### HÄSTENS COLOR CATEGORY B:
### COTTON FABRICS

100% cotton jaquard.
Applicable for Hästens beds, top mattresses, headboards, headboard slip covers, bed skirts.

**Colors**









Black check
#CB003

Gold Check
#CB061

Graphite Check
#CB013

Light Olive Check
CB022



Red Earth Check
#CB021

Silver Grey Check
#CB064

Taupe Check
#CB065

Solid Royal Navy Check
#CB062

Solid Black Check
#CB040

Solid Brown Check
#CB020

Solid Sand Check
#CB019

S. 12
#CB017

Solid Grey Check
#CB071

Solid Pearl Beige Check
#CB072

## HÄSTENS COLOR CATEGORY C:
## COTTON FABRICS

100% Cotton
Made of 100% cotton jacquard. Suitable for Hästens beds, top mattresses, headboards, headboard covers and bed skirts.

**Colors**



Solid White Check
#CB006

## HÄSTENS COLOR CATEGORY D:
## MERINO WOOL FABRICS

100% merino wool.
Applicable for Hästens headboards, headboard slip covers, straight bed skirt.

06/17/2022   https://www.hastens.com/us/bed-fabrics

**Colors**


Charcoal


Dove


Mahogany


Night sky


Slate

## HÄSTENS COLOR CATEGORY E: CANVAS FABRICS

100% Cotton
Applicable for Hästens headboards, headboard slip covers, bed skirt.

**Colors**


Brown


Navy


White

## HÄSTENS COLOR CATEGORY F:

Certified organic Swedish leather. Suitable for Hästens Anniversia headboard.

**Colors**


Cognac


Dark Brown


Black

## HÄSTENS COLOR CATEGORY G:

Fabrics made of 100% cotton. Suitable for Hästens David, Harmoni and Ebbe headboards.

**Colors**



Midnight Blue    Dark Chocolate    Spicy Yellow    Black

## HÄSTENS COLOR CATEGORY H:

Swedish leather. Suitable for Hästens Tamerlan headboard.

**Colors**



Dark Grey    White    Beige



# STORE LOCATOR

Find your nearest store ›

Sign up for news    Enter your email address    Sign up

# We sleep. Do You?®

ABOUT HÄSTENS

Bed Fabrics
Natural Materials
Careers
Privacy Policy
Cookie Settings

CUSTOMER SUPPORT

FAQ
Contact Us
Terms & Conditions
Book a Bed Test
Request a Catalog

BUSINESS

New Business Development
Interior Design Collaborations

FOLLOW US

United States

Copyright © 2022 Hästens Ltd. All rights reserved.