# EXHIBIT D

214-370-9743    Cart (0)    Quote Request    Checkout

# COCO & DASH
## HOME

HOME | SHOP ONE OF A KIND | THE STORE | C&D INTERIORS | C&D STUDIO | TO THE TRADE | HAVE WE MET?

CONTACT US

Home > Products > Gloria Sofa







## GLORIA SOFA

$13,500.00

Starting at $470/mo with *affirm*. Prequalify now

The perfect place to relax with family or in solitude. The Gloria Sofa brings joy and comfort to any room.

102" x 39" x 40" Oak base

Relaxed Spring Down cushion with Comfort Down Back

**This Item Requires White Glove Shipping. Please Request a Shipping Quote.**

**Or Add to Cart for In-Store Pick Up**

Add to Cart

MENU

Sign up to get the latest on new product, events, and more...

SHOP HOURS

- Home
- Shop One of A Kind
- The Store
- C&D Interiors
- C&D Studio
- To The Trade
- Have We Met?
- Press
- Events

Sign Up

Mon - Fri, 10am - 5pm
Sat, By Appointment Only
Sun, Closed

Returns And Shipping   Terms & Privacy   Contact Us

© 2022 Coco & Dash.