W. Christopher Maloney (SBN 311102)
Chris.Maloney@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Jonathan C. Balfus, Esq. (SBN 155532)
Jonathan.Balfus@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant THE GARRIGAN GROUP. LLC dba COCO & DASH

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HÄSTENS SÄNGAR AB,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE GARRIGAN GROUP D/B/A COCO & DASH,<br><br>　　　　Defendant. | Case No.: 3:22-cv-03623-VC<br><br>Judge: Hon. Vince Chhabria<br>Court Room.: 4<br><br>**DECLARATION OF COURTNEY GARRIGAN IN SUPPORT OF DEFENDANT THE GARRIGAN GROUP D/B/A COCO & DASH'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP RULES 12(b)(2) AND 12(b)(3) OR, ALTERNATIVELY, TO TRANSFER VENUE**<br><br>**Hearing Date: November 3, 2022<br>Time:　　　2:00 p.m.<br>Courtroom:　4**<br><br>Action Filed: June 21, 2022<br>First Amended Complaint Filed: August 26, 2022<br>Trial Date: None |

## DECLARATION OF COURTNEY GARRIGAN

I, Courtney Garrigan, declare as follows:

1. I am a member of The Garrigan Group, LLC dba Coco & Dash ("Coco & Dash"), defendant in the above-captioned action. I submit this declaration in support of Coco & Dash's motion to dismiss the complaint herein. I have personal and firsthand knowledge of the facts set forth herein and, if called to testify thereto, could and would do so, competently and under oath.

2. Coco & Dash is a home furnishings and interior design boutique located in Dallas, Texas, formed in 2014. I co-own the boutique with my mother, Teddie Garrigan ("Teddie"). We have one employee. Coco & Dash does not have any other location apart from our Dallas store.

3. Coco & Dash creates "vignettes" for our showroom, consisting of furniture, art, antiques and accessories based on particular themes. In 2020, we decided to create and stage a vignette based on photographs of Gloria Vanderbilt taken in 1972, showing the fashion icon at home with her children seated on a check-patterned sofa, as shown below:



4.      As part of the vignette, Coco & Dash commissioned a sofa inspired by the sofa shown in the Vanderbilt photographs (the "Sofa"). The Sofa was bench-made for us in North Carolina by Chaddock Furniture Workroom based on its Chaddock's "Origami" model, and covered in blue and white check "Lackland" fabric manufactured by Brunschwig & Fils, as shown below:



5.      The Sofa is a made-to-order, one of a kind piece. Coco & Dash only ordered the one piece for our vignette and do not sell, and have never offered for sale, any other furniture, pillows, accessories or other products featuring the Lackland fabric or a similar check fabric. The Sofa is located in our Dallas showroom, where it has been since we first ordered it.

6.      Neither I, Teddie, nor our employee travels to California in connection with Coco & Dash's business.

7.      Coco & Dash does not own or lease any property in the state of California and has never done so.

8. Coco & Dash does not have, and has never had, an office, employees, agents, or personal representative in California.

9. Coco & Dash does not have a bank account, securities, mailing address, post office box, or telephone number in California.

10. Neither I nor Teddie has visited in California in over ten years.

11. Coco & Dash occasionally lists items for sale on Chairish.com ("Chairish"), a website offering high end antiques, art and accessories. Since 2017, Coco & Dash has sold five items listed on Chairish for a total of $5,962. Two those five sales, totaling, $3,421, were delivered to Los Angeles, California. The other three sales were to Texas, Florida and Oklahoma.

12. The five items Coco & Dash sold on Chairish consisted of antique artworks, a light fixture and wall sconces—no furniture, mattresses, bedding or other textile products. None of the items featured the "Lackland" fabric or a similar check pattern. The Sofa is not offered on Chairish.

13. From January 2017 through June 2022, Coco & Dash's gross receipts total $1,835,350. The percentage of those gross receipts derived from Chairish is 0.032% of our total revenue. The revenue from our two sales in southern California amounts to less than 0.02% of our sales.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 23rd day of July 2022 at Dallas, Texas.

_____
Courtney Garrigan

# CERTIFICATE OF SERVICE

# FEDERAL COURT PROOF OF SERVICE

**United States District Court, Northern District of California**
**Hastens Sangar AB v. The Garrigan Group d/b/a Coco & Dash**
**Case No.** 3:22-cv-03623-VC

At the time of service, I was over 18 years of age and not a party to the action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California, 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made. My electronic service address is autumn.robinson@wilsonelser.com.

On **September 23, 2022**, I served the following document(s):

**DECLARATION OF COURTNEY GARRIGAN IN SUPPORT OF DEFENDANT THE GARRIGAN GROUP D/B/A ) COCO & DASH'S NOTICE OF ) MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP RULES) 12(b)(2) AND 12(b)(3) OR, ALTERNATIVELY, TO TRANSFER VENUE**

I served the document(s) on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

The documents were served by the following means:

**[X]** **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **September 23, 2022**, at Los Angeles, California.

                                                   _/s/Autumn LeFlore Robinson_ .
                                                 Autumn LeFlore Robinson

**United States District Court, Northern District of California**
**Hastens Sangar AB v. The Garrigan Group d/b/a Coco & Dash**
**Case No.  3:22-cv-03623-VC**

## SERVICE LIST

| | |
|---|---|
| **Erica J. Van Loon**<br>**Andrew H. Einetroub**<br>**NIXON PEABODY LLP**<br>**One Embarcadero Center**<br>**San Francisco, CA 94111-3600**<br>**evenloon@nixonpeabody.com**<br>**awinetroub@nixonpeabody.com**<br>**T: (415) 984-8200; F: (415) 984-8300** | *Attorneys for Plaintiff* |
| **David L. May**<br>**Jennette W. Psihoules**<br>**NIXON PEABODY LLP**<br>**799 9th Street NW**<br>**Washington, DC 20001-4501**<br>**dmay@nixonpeabody.com**<br>**jpsihoules@nixonpeabody.com**<br>**T: (202) 585-8000; F: (202) 585-8080** | *Attorneys for Plaintiff* |