W. Christopher Maloney (SBN 311102)
Chris.Maloney@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Jonathan C. Balfus, Esq. (SBN 155532)
Jonathan.Balfus@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant THE GARRIGAN
GROUP. LLC dba COCO & DASH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HÄSTENS SÄNGAR AB,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE GARRIGAN GROUP D/B/A COCO & DASH,<br><br>　　　　　　Defendant. | Case No.: 3:22-cv-03623-VC<br><br>Judge: Hon. Vince Chhabria<br>Court Room.: 4<br><br>**DECLARATION OF DANIEL P. GARRIGAN IN SUPPORT OF DEFENDANT THE GARRIGAN GROUP D/B/A COCO & DASH'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP RULES 12(b)(2) AND 12(b)(3) OR, ALTERNATIVELY, TO TRANSFER VENUE**<br><br>(*Filed Concurrently with Supporting Declarations of Courtney and Dan Garrigan and Darcy Manning*)<br><br>**Hearing Date:  November 3, 2022**<br>**Time:　　　　2:00 pm**<br>**Courtroom:　　4**<br><br>Action Filed: June 21, 2022<br>First Amended Complaint Filed: August 26, 2022<br>Trial Date: None |

1
DECLARATION OF DANIEL P. GARRIGAN IN SUPPORT OF MOTION
TO DISMISS OR, ALTERNATIVELY, TO TRANSFER VENUE

## DECLARATION OF DANIEL P. GARRIGAN

I, Daniel P. Garrigan, declare as follows:

1. I am an attorney licensed to practice law in the state of Texas and counsel for The Garrigan Group, LLC dba Coco & Dash ("Coco & Dash"), defendant in the above-captioned action. I submit this declaration in support of Coco & Dash's motion to dismiss the complaint herein. I have personal and firsthand knowledge of the facts set forth herein and, if called to testify thereto, could and would do so, competently and under oath.

2. On or about November 19, 2021, Coco & Dash received a letter from counsel for plaintiff Hästens Sängar AB ("Hästens"), demanding that it cease and desist from all use of a check pattern which Hästens asserted were registered trademarks. Hästens further demanded that Coco & Dash provide an accounting of all goods sold featuring that pattern, as well as an inventory of goods in stock bearing the pattern.

3. On December 1, 2021 I wrote to Hästens' counsel asserting, *inter alia*, that there was no likelihood of confusion between Plaintiff's bedding products and the Sofa, explaining in my letter that the sofa "is a one-of-a-kind item." I also explained that Coco & Dash consists of only one shop operated by my wife and daughter.

4. I found through a simple Google search that there are literally hundreds of furniture items offered for sale online that are covered in fabric bearing a check pattern similar or identical to the check Hästens claims is its exclusive intellectual property. I attached an exhibit to my December 1, 2021 letter showing just a portion of my search results. An excerpt from that exhibit is shown below:



5. On January 3, 2022, on behalf of Coco & Dash, I filed a complaint against Hästens in the United States District Court for the Northern District of Texas, Dallas Division for declaratory relief that: (1) the Sofa did not infringe Hästens' trademarks; and (2) that Hästens' trademark registrations are invalid and unenforceable. A true and correct copy of the complaint is attached hereto as Exhibit "A." The complaint was subsequently amended.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 23rd day of July 2022 at Dallas, Texas.

Daniel P. Garrigan

# CERTIFICATE OF SERVICE

# FEDERAL COURT PROOF OF SERVICE

**United States District Court, Northern District of California**
**Hastens Sangar AB v. The Garrigan Group d/b/a Coco & Dash**
**Case No.** 3:22-cv-03623-VC

At the time of service, I was over 18 years of age and not a party to the action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California, 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made. My electronic service address is autumn.robinson@wilsonelser.com.

On **September 23, 2022**, I served the following document(s):

**DECLARATION OF DANIEL P. GARRIGAN IN SUPPORT OF DEFENDANT THE GARRIGAN GROUP D/B/A ) COCO & DASH'S NOTICE OF ) MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP RULES) 12(b)(2) AND 12(b)(3) OR, ALTERNATIVELY, TO TRANSFER VENUE**

I served the document(s) on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

The documents were served by the following means:

**[X]   (BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **September 23, 2022**, at Los Angeles, California.

                                               _/s/Autumn LeFlore Robinson_             .
                                               Autumn LeFlore Robinson

**United States District Court, Northern District of California**
**Hastens Sangar AB v. The Garrigan Group d/b/a Coco & Dash**
**Case No.  3:22-cv-03623-VC**

## SERVICE LIST

| | |
|---|---|
| **Erica J. Van Loon** <br> **Andrew H. Einetroub** <br> **NIXON PEABODY LLP** <br> **One Embarcadero Center** <br> **San Francisco, CA 94111-3600** <br> evenloon@nixonpeabody.com <br> awinetroub@nixonpeabody.com <br> **T: (415) 984-8200; F: (415) 984-8300** | *Attorneys for Plaintiff* |
| **David L. May** <br> **Jennette W. Psihoules** <br> **NIXON PEABODY LLP** <br> **799 9th Street NW** <br> **Washington, DC 20001-4501** <br> dmay@nixonpeabody.com <br> jpsihoules@nixonpeabody.com <br> **T: (202) 585-8000; F: (202) 585-8080** | *Attorneys for Plaintiff* |