1  Erica J. Van Loon (Bar No. 227712)
   evanloon@nixonpeabody.com
2  Andrew H. Winetroub (Bar No. 291847)
   awinetroub@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center
4  San Francisco, California 94111-3600
   Tel: (415) 984-8200
5  Fax: (415) 984-8300

6  
   David L. May (admitted *pro hac vice*)
7  dmay@nixonpeabody.com
   Jennette W. Psihoules (admitted *pro hac vice*)
8  jpsihoules@nixonpeabody.com
   NIXON PEABODY LLP
9  799 9th Street NW
   Washington, DC 20001-4501
10 Tel: (202) 585-8000
11 Fax: (202) 585-8080

12 *Attorneys for Plaintiff Hästens Sängar AB*

13

14            **IN THE UNITED STATES DISTRICT COURT**

15           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16 

| HÄSTENS SÄNGAR AB, | Case No.: 3:22-cv-03623-VC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION [AND PROPOSED ORDER] OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| THE GARRIGAN GROUP, LLC D/B/A COCO & DASH; and CHAIRISH, INC., | |
| Defendants. | Hon. Vince Chhabria<br>United States District Court Judge |

        TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

        Plaintiff Hästens Sängar AB ("**Hästens**") and Defendant Chairish, Inc. ("**Chairish**," and, together with Hästens, the "**Parties**"), by and through their respective undersigned counsel, hereby jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this

-1-
NOTICE OF VOLUNTARY DISMISSAL

action and all claims asserted herein shall be dismissed with prejudice, with each Party to bear its own attorneys' fees, costs, and expenses.

    **IT IS SO STIPULATED.**

Dated: January 6, 2023                  Respectfully submitted,

**NIXON PEABODY LLP**

By */s/* Erica J. Van Loon

Erica J. Van Loon (Bar No. 227712)
evanloon@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

David L. May (admitted *pro hac vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (admitted *pro hac vice*)
jpsihoules@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Plaintiff Hästens Sängar AB*

**FRANKFURT KURNIT KLEIN + SELZ PC**

By */s/* Craig Whitney

Craig Whitney (Bar No. 217673)
CWhitney@fkks.com
Kimberly Maynard (*Pro Hac Vice* forthcoming)
FRANKFURT KURNIT KLEIN + SELZ PC

|   |   |
|---|---|
| 1 | 28 Liberty Street |
| 2 | New York, NY 10005 |
|   | Tel: (212) 705-4853 |
| 3 | Fax: (347) 438-2193 |
| 4 | Jodie Koo (Bar No. 315658) |
|   | JKoo@fkks.com |
| 5 | FRANKFURT KURNIT KLEIN + SELZ PC |
|   | 2029 Century Park East, Suite 2500N |
| 6 | Los Angeles, California 90067 |
|   | Tel: (310) 579-9657 |
| 7 | Fax: (347) 482--862 |

*Attorneys for Defendant Chairish, Inc.*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE